1 | Gregory K. Klingsporn (CA Bar No. 203649)
JORGENSON, SIEGEL, McCLURE &
2 |   FLEGEL, LLP
1100 Alma Street, Suite 210
3 | Menlo Park, CA 94025
Telephone:  (650) 324-9300
4 | Facsimile:   (650) 324-0227
Email:        &lt;gkk@jsmf.com&gt;

Attorneys for Defendants
BIOFOURMIS INC.; BIOFOURMIS CARE
FL PLLC; and BIOFOURMIS CARE NJ LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARENODES, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BIOFOURMIS INC., a Massachusetts Corporation; BIOFOURMIS CARE FL PLLC, a Florida professional limited liability company; BIOFOURMIS CARE NJ LLC, a New Jersey limited liability company,<br><br>　　　　　Defendants.<br><br><br>BIOFOURMIS, INC., a Delaware Corporation,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>CARENODES, LLC, a California limited liability company,<br><br>　　　　　Counterdefendant. | Case No. 2:24-cv-10411-JC<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to United States District Court for the Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant and counterclaimant Biofourmis, Inc. and defendants Biofourmis Care FL PLLC and Biofourmis Care NJ LLC, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Carenodes, LLC (Plaintiff)
2. Alex Yarijanian (owner: Carenodes, LLC)
3. Biofourmis, Inc. (Defendant and Counterclaimant)
4. Biofourmis Care FL PLLC (Defendant)
5. Biofourmis Care NJ LLC (Defendant)
6. CoPilotIQ, Inc. (parent company of Biofourmis, Inc.)
7. Biofourmis Holdings Pte. Ltd. (equity holder in CoPilot, Inc.)

Defendants reserve the right to supplement this notice as needed.:

Dated: February 7, 2025

JORGENSON, SIEGEL, MCCLURE & FLEGEL LLP

By: */s/ Gregory K Klingsporn*
    Gregory K. Klingsporn

*Attorney for Defendants*
BIOFOURMIS INC., BIOFOURMIS CARE FL PLLC, and BIOFOURMIS CARE NJ LLC